UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Kary Miriosy Diaz MARTINEZ<br>v.<br><br>PATRICIA HYDE, Field Office Director,<br>MICHAEL KROL, HSI New England Special<br>Agent in Charge, and TODD LYONS, Acting<br>Director U.S. Immigrations and Customs<br>Enforcement, and KRISTI NOEM, U.S. Secretary<br>of Homeland Security,<br><br>Respondents. | **PETITION FOR WRIT OF<br>HABEAS CORPUS** |

## **INTRODUCTION**

1. Petitioner Kary Miriosy Diaz Martinez is married to a United States citizen. Petitioner received a notice to appear in immigration court and lawfully, dutifully, appeared in court on June 3, 2025 pursuant to that notice. On that date, instead of processing her case as is required by law, ICE officials arrested her and detained her within the walls of the courthouse she entered to pursue her day in court. This arrest occurred despite Petitioner's eligibility to apply for her green card through a process called an I-601A waiver. See e.g.. *Calderon Jimenez v. Mayorkas*, 1:18-cv-10225-MLW (settlement agreement entered relating to immigrants with final orders of removal and eligibility for relief under I-601A process). Petitioner also is eligible for, and intends to apply for, asylum and related relief. Petitioners' case was continued by the Immigration Judge to May 19, 2026.

2. Immediately after ICE informed Petitioner of her arrest, she fell into her husband's arms and started shaking, crying and sobbing. She soon could not stand. The petitioner appeared to be

1

having a medical crisis and at the request of her attorney, called a medic. The petitioner was then brought to Mass General Hospital. Upon information and belief, her United States Citizen Husband was waiting outside the emergency room to see her, but was not allowed to see her.

2. Accordingly, to vindicate Petitioner's constitutional rights, this Court should grant the instant petition for a writ of habeas corpus.

3. Petitioner asks this Court to find that she was unlawfully detained and order her release.

## JURISDICTION

4. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus) and 28 U.S.C. § 1331 (federal question).

5. Venue is proper because Petitioner was arrested while attending a court hearing in Massachusetts and is now, upon information and belief, detained in Burlington, Massachusetts, and therefore detained in the District of Massachusetts.

## PARTIES AND FACTS ALLEGED

6. The Petitioner, Kary Miriosy Diaz Martinez is married to a United States Citizen and undergoing a medical emergency. Upon information and belief she is currently detained at the Burlington ICE facility.

7. Respondent Patricia Hyde is the New England Field Office Director for U.S. Immigration and Customs Enforcement.

8. Respondent Michael Krol is the New England Special Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement.

9. Respondent Todd Lyons is the Acting Director for U.S. Immigration and Customs Enforcement.

10. Respondent Kristi Noem is the U.S. Secretary of Homeland Security.

11. All respondents are named in their official capacities.

12. On information and belief, Petitioner is currently in custody in the District of Massachusetts, and one or more of the Respondents is her immediate custodian.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of Fifth Amendment Right to Due Process

1. On information and belief, Petitioner is currently being arrested and detained by federal agents without cause and in violation of her constitutional rights to due process of law.

### PRAYER FOR RELIEF

Wherefore, Petitioner respectfully requests this Court to grant the following:

(1) Assume jurisdiction over this matter;

(2) Order that Petitioner shall not be transferred outside the District of Massachusetts;

(3) Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days.

(4) Declare that the Petitioner's detention violates the Due Process Clause of the Fifth Amendment.

(5) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately.

(6) Grant any further relief this Court deems just and proper.

Respectfully submitted,
On behalf of the Petitioner

/s/ Derege B. Demissie
Derege B. Demissie
DEMISSIE & Associates, P.C.
88 Broad Street, Suite 101

3

Boston, MA 02110
(617) 354-833
BBO#637544

Dated: June 3, 2025

4