**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Kary Diaz MARTINEZ<br><br>v.<br><br>PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, and TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security,<br><br>Respondents. | ) | Docket No.: 25-cv-11613 |

**AFFIDAVIT OF SARAH SHERMAN-STOKES**

I, Sarah Sherman-Stokes, do hereby swear and affirm:

1. I submit this affidavit in support of Ms. Kary Diaz Martinez. The following statements are based on my personal observation or knowledge, except for those statements made on information and belief, as to which I am informed and believe to be true.

2. I am a member in good standing of the Massachusetts bar and immigration counsel for Ms. Diaz Martinez. Ms. Diaz Martinez is detained at Immigration and Customs Enforcement – Enforcement and Removal Operations field office located at 1000 District Avenue; Burlington, Massachusetts, beginning yesterday, June 3, 2025.

3. Portions of this affidavit conveying factual information I learned from communications with my client; no attorney-client protected legal advice is being disclosed.

4. Ms. Diaz Martinez is 29 years old. She was born in the Dominican Republic. She is married to a United States Citizen, and she has two children who are ten years old and seven years old.

5. Ms. Diaz Martinez was detained by ICE on June 3, 2025 at the Boston Immigration Court. She suffers from significant mental health conditions, including anxiety and depression. She takes 20 milligrams of Paroxetine (Paxil) daily, to treat these conditions. She was seeing a therapist in the Dominican Republic.
6. When ICE told her she was going to be arrested at the Immigration Court, she was terrified. She was surrounded by five ICE officers and she began sobbing uncontrollably. She was shaking, could barely stand and collapsed into her husband's arms.
7. ICE called a medic. Because there were no private rooms, an ICE officer held open an elevator at the immigration court and Ms. Diaz Martinez was examined inside the elevator. There was no privacy. The medic determined that Ms. Diaz Martinez needed to go to the hospital.
8. She was then placed on a stretcher and transported to Massachusetts General Hospital ("MGH"), in ICE custody. At MGH, doctors gave her medicine, but they did not tell her what it was. She was not allowed to see her husband, even though he was waiting outside for her. She was very scared.
9. Several hours later, also on June 3, 2025, she was discharged from MGH, and ICE brought Ms. Diaz Martinez to the ICE Field Office in Burlington.
10. When I spoke with Ms. Diaz Martinez on Wednesday, June 4, more than 18 hours after she had been arrested by ICE, she stated that she had only been offered one apple and a small amount of oatmeal. She described conditions at the Burlington field office as "terrible" and "miserable."
11. Ms. Diaz Martinez described being held in a cell with about 12 other women. She stated that she had to sleep on the floor, with only one "aluminum" blanket which she described as "not even a blanket."

12. Ms. Diaz Martinez further explained that all of the women in the cell must share one toilet, and there is no privacy to use the toilet as it is in the middle of the cell. She further stated that there is no place to bathe, and it is very cold.
13. Ms. Diaz Martinez described to me that she has experienced a great deal of trauma in her life, since she was a little girl. As a child, she was abused by her uncle. As an adult, she suffered repeated beatings, sexual abuse, and death threats from the father of her children. She explained that she fled the Dominican Republic because there was no escape from his abuse. She believes that the father of her children will kill her if she is forced to go back to the Dominican Republic. She wishes to seek asylum in the United States.
14. On the evening of June 4, 2025, Ms. Diaz Martinez communicated that ICE officers were telling her that she would be "moved to Texas" and encouraged her to just return to the Dominican Republic. She reiterated that the conditions in Burlington are so miserable that she cannot put up with her detention much longer.
15. In describing the conditions in detention, Ms. Diaz Martinez was emotional and tearful. She is terrified to return to the Dominican Republic, yet does not know how much longer she can withstand ICE detention.

Signed under the pains and penalties of perjury, this 4th day of June, 2025,

*Sarah Sherman-Stokes*

______________________

Sarah Sherman-Stokes