UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KARY DIAZ MARTINEZ**,<br><br>        Petitioner,<br><br>v.<br><br>**PATRICIA HYDE**, *Field Office Director,*<br>**TODD LYONS**, *Acting Director U.S. Immigration and Customs Enforcement,*<br>**KRISTI NOEM**, *U.S. Secretary of Homeland Security,*<br>**MICHAEL KROL**,<br>*HSI New England Special Agent in Charge,*<br><br>        Respondents. | CIVIL ACTION NO.<br>25-11613-BEM |

## ORDER OF DISMISSAL

MURPHY, District Judge

    In accordance with the Memorandum and Order issued June 17, 2025 [ECF# 22], granting the Petitioner's Writ of Habeas Corpus, and the Memorandum and Decision Order issued on July 24, 2025 [ECF #28], denying the Respondents' Motion for Reconsideration, it is hereby ORDERED that the above-entitled petition be, and hereby is, DISMISSED.

                                          BY THE COURT,

                                          /s/ Barbara I. Beatty
                                          Deputy Clerk

DATED: July 30, 2025