# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARY MIRIOSY DIAZ MARTINEZ,<br><br>        Petitioner,<br><br> v.<br><br>PATRICIA HYDE, Field Office Director, U.S. Immigration and Customs Enforcement, Boston Field Office; MICHAEL KROL, HSI New England Special Agent in Charge; TODD LYONS, Acting Director, U.S. Immigrations and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security,<br><br>        Respondents. | Civil Action No. 1:25-cv-11613-BEM |

## **NOTICE OF APPEAL**

Respondents hereby appeal from the Court's Orders and Opinions entered in this case, including but not limited to the June 17, 2025 Memorandum and Order granting the Petitioner's Petition for Writ of Habeas Corpus (ECF No. 22), the July 24, 2025 Memorandum and Order denying Respondents' Motion for Reconsideration (ECF No. 28), and the July 30, 2025 Order of Dismissal incorporating the aforementioned Orders (ECF No. 29).

                     Respectfully submitted,

                     LEAH B. FOLEY
                     United States Attorney

Dated: September 22, 2025    By:  */s/ Anuj K. Khetarpal*
                     Anuj Khetarpal
                     Assistant United States Attorney
                     United States Attorney's Office
                     1 Courthouse Way, Suite 9200
                     Boston, MA 02210
                     Tel.: 617-748-3658
                     Email: Anuj.Khetarpal@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Anuj Khetarpal, Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: September 22, 2025                By:    */s/ Anuj K. Khetarpal*
                                                                         Anuj Khetarpal
                                                                         Assistant United States Attorney