# United States Court of Appeals
## For the First Circuit

No. 25-1902

KARY MIRIOSY DIAZ MARTINEZ,

Petitioner - Appellee,

v.

PATRICIA HYDE, Field Office Director, U.S. Immigration and Customs Enforcement, Boston Field Office; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security; MICHAEL KROL, HSI New England Special Agent in Charge,

Respondents - Appellants.

**MANDATE**

Entered: December 23, 2025

In accordance with the judgment of December 23, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Derege B. Demissie
Rayford A. Farquhar
Abraham R. George
Anuj K. Khetarpal
Donald Campbell Lockhart
Madeline Meth
Mary Beth Murrane
Sarah Sherman-Stokes